UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. ALEXANDER,

    Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILATION, et al.,

    Defendants.

Case No. 23-cv-00011-PJH

**ORDER OF DISMISSAL**

    Plaintiff, a former state prisoner, has filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: July 18, 2023

                              */s/ Phyllis J. Hamilton*
                              PHYLLIS J. HAMILTON
                              United States District Judge